

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:           01-13-00029-CR

Style:                  Manuel Morales

                        **v** The State of Texas

Date motion filed*:     July 1, 2013

Type of motion:         Motion to extend time to file pro se response

Party filing motion:    Appellant

Document to be filed:   Anders response

Is appeal accelerated?        No

If motion to extend time:

    Original due date:              July 1, 2013

    Number of previous extensions granted:   0            Current Due date:  July 1, 2013

    Date Requested:

Ordered that motion is:

    ☑    Granted

        If document is to be filed, document due:  July 31, 2013

        ☐   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

    ☐    Other: _____

Judge's signature:    <u>/s/ Laura Carter Higley</u>
                  <u>X</u> Acting individually        ☐ Acting for the Court

Panel consists of    _____

Date: <u>July 19, 2013</u>

November 7, 2008 Revision